Teresa Lynette BLOODMAN, Plaintiff–Appellant

v.

Rhonda WOOD, Circuit Court Judge for the Twentieth Judicial District of Arkansas, in her official and individual capacity; Cody Hiland, Individually and in his official capacity as Prosecuting Attorney for the Twentieth Judicial District of Arkansas; Joan Shipley, Individually and in her official capacity as Deputy Prosecuting Attorney for the Twentieth Judicial District of Arkansas, Defendants–Appellees.

No. 12–3820.

United States Court of Appeals,
Eighth Circuit.

Submitted: June 17, 2013.

Filed: June 24, 2013.

Teresa Lynette Bloodman, Maumelle, AR, pro se.

Before MURPHY, SMITH, and COLLOTON, Circuit Judges.

PER CURIAM.

Teresa Bloodman appeals the district court's[1] with-prejudice dismissal of her civil complaint. We conclude that the district court did not abuse its discretion in determining that abstention would be appropriate under *Younger v. Harris*, 401 U.S. 37, 91 S.Ct. 746, 27 L.Ed.2d 669 (1971). *See Plouffe v. Ligon*, 606 F.3d 890, 892–93 (8th Cir.2010) (*Younger* abstention doctrine provides that federal courts should abstain from exercising jurisdiction when (1) there is ongoing state proceeding, (2) which implicates important state interests, and (3) there is adequate opportunity to raise relevant federal questions in state proceeding). Accordingly, we modify the dismissal to be without prejudice, *see Anderson v. Schultz*, 871 F.2d 762, 766 (8th Cir.1989) (dismissal without prejudice is appropriate where court abstains under

---

1. The Honorable Susan Webber Wright, United States District Judge for the Eastern District of Arkansas.

*Younger*), and affirm the dismissal as modified. *See* 8th Cir. R. 47B.